# TAB I

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW HAMPSHIRE

```
* * * * * * * * * * * * *
                        *
BETH ANNE M. COLLOPY    *
                        *  Civil Action
         -vs-           *  No. 1:22-CV-
                        *      00184-SE
MARQUIS MANAGEMENT, LLC *
                        *
* * * * * * * * * * * * *
```

### DEPOSITION OF IRVING SANTOS

Deposition taken by agreement of counsel using Zoom remote videoconferencing technology on Monday, June 26, 2023, commencing at 1:02 p.m. EST

### Remote Court Reporter:

Lynda W. Eldred, LCR #43, RPR, RMR, CRR

1  mean by "cases" the same thing as tickets?
2       A.   Yes, sir.
3       Q.   Okay.  And who'd she delegate her tickets or
4  cases to?
5       A.   The team.
6       Q.   Okay.  Well, wasn't she part of the team?
7            MS. ZACCARDELLI:  Objection to form.
8       A.   Yes.  She was part of the team.
9       Q.   BY MR. MEYER:  How would you describe your
10 work relationship with Ms. Collopy?
11      A.   I -- I don't know.
12      Q.   Now, you earlier referred to a ransomware
13 attack.
14           Approximately when did that attack occur?
15      A.   December 3rd of 2020.
16      Q.   Do you have any prior experience in
17 responding to ransomware attacks?
18      A.   Yes, but not at this magnitude.
19      Q.   And when you say "this magnitude," can you
20 describe what you mean?
21      A.   This was a very big and well-known attack
22 that attacked many major businesses across the US, so
23 at this caliber of attack, we had to pull in resources

1  to help us and those resources were Tracepoint.
2      Q.   And -- and what is Tracepoint?
3      A.   They are an cyber forensic consultant firm.
4      Q.   Now, was there a -- you said this was a --
5  sort of a national type of ransomware attack.
6           Did it have a name given to it?
7      A.   Conti.
8      Q.   Can you repeat that, please?
9      A.   Conti, C-O-N- --
10     Q.   Can you spell it, please?
11     A.   C-O-N-T-I.  Con- -- Conti Ransomware.
12     Q.   Yeah.  Sir, how did you become aware of this
13 ransom attack?
14     A.   I received a phone call 6:00 in the morning
15 on Sunday from the individual that hosts our ERP
16 system.  He was stating that there was a lot of crazy
17 -- I want to say high CPU usage, and when he relayed
18 that message to me, I immediately went into all our --
19 all my systems.  I noticed the same -- when I say "all
20 our systems," all the systems that are hosted within
21 our building.  I immediately went into those systems
22 and I saw the same stuff that he was seeing on his end,
23 and I immediately shut down all the systems and called

1  Chris Moore and informed him of what was happening
2  and -- and continued to work with the individual that
3  called me about the ransomware attack that was
4  happening on his end.
5       Q.   Was there a request for ransom made to
6  Marquis, to your knowledge?
7       A.   Yes, there was.
8       Q.   And how long did it take to address the
9  ransom -- the attack?
10           MS. ZACCARDELLI:  Objection to form.
11      A.   Can you repeat the question?
12      Q.   BY MR. MEYER:  Yes.
13           How long did it take to address the attack,
14 to respond to it?
15      A.   It took several months.
16      Q.   Was there a certain point at which you felt
17 that the scenario had been resolved?
18      A.   Once we had the -- the tools that I needed
19 in place, I felt that the ransomware was taken care of.
20      Q.   And approximately when was that?
21      A.   That was towards the end of January.
22      Q.   And what was the nature of the response to
23 the attack?

1          A.    Can you repeat the question, sir?
2          Q.    Yeah.
3                What did you do -- what did you and
4    Tracepoint do in response to the attack?
5          A.    We did a best practice in terms of roles
6    within our IT department, so we had to remove some
7    roles for the individuals that worked in the IT
8    department.  We had to ensure that back-ups weren't
9    altered.  We also had to store the infected systems for
10   forensic, and to remediate, we had -- we implemented
11   single sign-on for VPN connections.
12         Q.    You said "remove some roles in the IT
13   department."
14               What do you mean by that?
15         A.    Some administration roles.  Office 365
16   platform.
17         Q.    Does that mean you had to remove access for
18   certain individuals in the IT department?
19         A.    Yes.
20         Q.    And what was the reason that you did that?
21         A.    It was recommended by Tracepoint to do this
22   as to -- to ease the -- the attack -- the surface --
23   the attack surface from -- from the threat actor.

```
 1        Q.   Who decided which roles to remove?
 2        A.   I decided.
 3        Q.   Whose roles did you remove?
 4        A.   I removed Matt, Esdras, and Evgenii.
 5        Q.   Did you remove them all equally?
 6        A.   I removed them all equally.
 7        Q.   And how long between when you removed and
 8   when you restored them?
 9        A.   I'm sorry.  Can you say that again?
10        Q.   How long between when you removed them and
11   when you restored them?
12        A.   I can't recall.
13        Q.   And did you restore them all at the same
14   time?
15        A.   I can't recall.
16        Q.   Did Mr. Tanner have more access than the
17   other IT individuals?
18        A.   I believe he did.
19        Q.   How was his access greater?
20        A.   He was given exchange admin roles and
21   in-tune roles.
22        Q.   Did you have any conversations with
23   Mr. Lieber about the access that was granted or denied
```

1   -- the -- the court reporter is going to read back your
2   answer.
3           THE WITNESS:  Oh, okay.
4           (The record was read as requested.)
5           MR. MEYER:  Thank you.
6       Q.  BY MR. MEYER:  Sir, there's been testimony
7   from other witnesses that in the approximate timeframe
8   January 2021, you received a written warning.
9           Do you have a recollection of that?
10      A.  Yes.
11      Q.  Okay.  And tell me, what -- what were you
12  warned about?
13      A.  I was warned to do things out of my role.
14      Q.  And had you done things out of your role?
15      A.  In that incident, yes.
16      Q.  Okay.  What is it you had done outside of
17  your role?
18      A.  I was monitoring the IT department's
19  activities.
20      Q.  Now, when you say "monitoring the IT
21  department's activities," were you monitoring
22  everybody's activities or activities just of certain
23  members of the IT department?

1          A.    The help desk team.
2          Q.    You were monitoring the entire help desk
3    team?
4          A.    Yes.
5          Q.    Okay.  And what was the reason that you were
6    monitoring the entire help desk team?
7          A.    Given that they have administration roles,
8    I -- I took it upon myself to monitor them and make
9    sure that during the ransomware remediation process
10   that there wasn't anything suspicious going on on their
11   system.
12         Q.    Now, did you detect anything suspicious
13   going on on anybody's system?
14         A.    Yes.
15         Q.    What did you detect?
16         A.    I detected copies, extractions of files,
17   external sources being mounted on a system, files being
18   loaded to them.  This rang bells and I -- and I saw
19   them.
20         Q.    So -- now, was this by one person or by
21   multiple people?
22         A.    This was by one person.
23         Q.    And who was that one person?

1	A.	Beth Anne.
2	Q.	Okay.  And in terms of those observations,
3	what follow-up, if any, did you do?
4	A.	I -- I -- I looked into the matter and I
5	didn't -- was looking to see -- I -- I was looking to
6	see if there was anything else.
7	Q.	Did you find anything else?
8	A.	The only thing I saw was data being
9	extracted.
10	Q.	Now, did you discuss that with Ms. Collopy?
11	A.	No.
12	Q.	Did you discuss that with Mr. Moore?
13	A.	Yes.
14	Q.	Okay.  Tell me what you can recall of your
15	discussion with Mr. Moore.
16	A.	I told Moore -- Mr. Moore that I was
17	monitoring the IT department and I noticed that there
18	was extractions of data -- coming-in data going into an
19	external source.
20	Q.	And what did he say?
21	A.	He was upset.  He said that I should not
22	have done that without checking with him first.
23	Q.	But did he do anything in terms of saying

1    what you should do about this extraction?
2         A.   I was given a warning.
3         Q.   No.  You were given a warning, but did he
4    tell you what to do in terms of -- was there
5    anything -- in terms of this -- this sent -- this --
6    you said extraction from an external source.
7              What was the external source?
8         A.   It was a drive of some sort mounted on the
9    machine.
10        Q.   And was there anything -- in terms of doing
11   that, was there anything that Ms. Collopy was doing
12   that was improper?
13        A.   I was just monitoring activities on her
14   machine, sir.
15        Q.   I know, but in your opinion -- you may not
16   have one but if you have an opinion, was she doing
17   anything that was violating Marquis rules or
18   procedures?
19        A.   It -- it looked like that, yes.
20        Q.   Okay.  So was anything done to further
21   investigate?
22        A.   I just reported it to my higher ups.
23        Q.   And that was Mr. Moore?

1        Q.   BY MR. MEYER:  Yes.
2             Did Ms. Collopy ever take on the role of
3   assigning to other members of the help desk the tickets
4   to be done?
5        A.   Yes, she had -- she had delegated some
6   requests.
7        Q.   So she delegated tickets to other
8   individuals?
9        A.   Yes.
10       Q.   And was that anything you discussed with
11  her?
12       A.   No.
13       Q.   Did Mr. Moore ever advise you that an
14  investigation was being performed of complaints made by
15  Ms. Collopy?
16       A.   I can't recall.
17       Q.   Did you ever make any complaints to
18  Mr. Moore about Ms. Collopy?
19       A.   I can't recall.
20       Q.   Did you ever have any discussions with
21  Mr. Watkins about Ms. Collopy?  And I say
22  "discussions."  I mean either oral or written.
23       A.   I can't recall.

1        A.   That -- I can't recall what -- exactly what
2    -- what was the substance.
3        Q.   Well, did he tell you that Ms. Collopy was
4    unhappy because she felt that her messages had been
5    deleted from teams?
6        A.   Yeah.  I believe -- I believe he did.
7        Q.   And is it true that Ms. Collopy's messages
8    on teams were specifically targeted for deletion?
9             MS. ZACCARDELLI:  Objection to form.
10       A.   Based on the suspicion I saw, I thought it
11   was in -- I was in my right to remove a set of
12   policy -- sorry.  -- set a policy in her teams chat.
13       Q.   So was this 15-day deletion only applicable
14   to her teams chat?
15       A.   Yes.
16       Q.   And what was the connection between doing
17   that versus the ransomware attack, if any connection?
18       A.   Well, there was a bunch of screen shots
19   happening off from a teams chat.  I'm not sure why that
20   activity would be happening on her machine, so I
21   responded swiftly by setting the policy.
22            MR. MEYER:  Again, I think there was a -- on
23   mine, I couldn't hear part of what he said.

1      Could you read his answer back, please,
2 Lynda.
3      (The record was read as requested.)
4      Q.   BY MR. MEYER:  When you say "screen shots on
5 her team chat," can you explain what you mean by that?
6      A.   Well, there was a lot of content that was
7 being copied from that chat or chats that she had, and
8 they were being stored external.
9      Q.   But did you report that to anybody?
10      A.   No.
11      Q.   I guess what I -- you -- you I think earlier
12 indicated you thought that was suspicious; correct?
13      A.   Yes.  And so . . .
14      Q.   But my question is:  If there was suspicious
15 activity going on on her teams chat in the immediate
16 aftermath of this massive ransomware attack --
17      THE COURT REPORTER:  Everybody froze.
18 Hello?
19      A.   -- the case but to have already --
20      THE COURT REPORTER:  I'm sorry.  It
21 completely froze on me --
22      A.   -- being bombarded with a lot of tasks all
23 over the place and I needed to --