UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| BETH ANNE M. COLLOPY, <br><br> Plaintiff, <br><br> v. <br><br> MARQUIS MANAGEMENT, LLC <br><br> Defendant. | Civil Action No. 1:22-CV-00184-SE |

## NOTICE OF CONVENTIONAL FILING

Please take notice that Defendant Marquis Management, LLC ("Defendant") has on this day conventionally filed the Declaration of Scott Watkins in support of Defendant's Motion for Summary Judgment. Tab G has not been electronically filed because Defendant seeks to seal certain portions thereof as set forth more fully in Defendant's contemporaneously filed Motion to Seal Portions of Pleading in Support of Defendant's Motion for Summary Judgment.

|  |  |
|---|---|
| | Respectfully submitted, <br><br> MARQUIS MANAGEMENT, LLC <br><br> By its attorneys, |
| Dated: July 18, 2023 | /s/ *Owen R. Graham* <br> Christopher H.M. Carter (Bar No. 12452) <br> Owen R. Graham (Bar No. 266701) <br> Hinckley Allen <br> 650 Elm Street, Suite 500 <br> Manchester, NH 03101 <br> Tel: (603) 225-4334 <br> ccarter@hinckleyallen.com <br> ograham@hinckleyallen.com |

1

/s/ *Lisa A. Zaccardelli*
Lisa A. Zaccardelli (*Admitted Pro Hac Vice*)
Hinckley Allen
20 Church Street
Hartford, Connecticut 06103-1221
Tel: (860) 331-2764
lzaccardelli@hinckleyallen.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date I caused a copy of the foregoing document to be served upon all counsel via electronic mail.

/s/ *Owen R. Graham*
Owen R. Graham, Esq.