# Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 15 | Date Range: 1/26/2021 |

## Outline of Conversations

 **IM - 2021/01/26 - 1f473e312f0b8ae18c5ebc794f1a42373abb2a9aee231099d81218d9badb251e** • 15 messages on **1/26/2021** • 9784908651 • Chris Moore <17818449231>

MQSMGT-0000635

**Messages in chronological order** (times are shown in GMT -05:00)

---

### 💬 **IM - 2021/01/26 - 1f473e312f0b8ae18c5ebc794f1a42373abb2a9aee231099d81218d9badb251e**

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:43 PM

Hi Beth Anne, just checking in to see if you have all the access that we discussed yesterday. Were/are there any issues?

**#**    **9784908651**    1/26/2021, 6:46 PM

Hi Chris,

Yes, what we discussed was granted. Thank You!

I would like to talk about getting access to Licensing so I can get back to the project I was working on to free up licenses for terminated employees. I don't have the ability to compete that work at this point. We're paying monthly for subscriptions for people that have been gone for ages.

I hate to see us wasting money.

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:49 PM

Ok, let me look into it and I'll let you know.

**#**    **9784908651**    1/26/2021, 6:50 PM

Thank you.

**#**    **9784908651**    1/26/2021, 6:51 PM

Thank you for circling back with me. I appreciate it.

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:52 PM

No problem

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:52 PM

The list I have in front of me says that you have License Admin. Are you sure you don't have it?

**#**    **9784908651**    1/26/2021, 6:53 PM

No I didn't get that.

**#**    **9784908651**    1/26/2021, 6:54 PM

I will look again later though, in case it was assigned after I looked.

**#**    **9784908651**    1/26/2021, 6:54 PM

I will confirm and send you a note.

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:55 PM

Ok, you should have it now. Just close out of your browser and go back in in a few minutes

**#**    **9784908651**    1/26/2021, 6:55 PM

Ok, I will check when shortly. Thanks. I'm glad I asked.

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:56 PM

That one was missed. Sorry about that. It was on the list. I'll send you what was on the list so you can check to make sure you have everything

**#**    **9784908651**    1/26/2021, 6:57 PM

Perfect, that's awesome.. very much appreciated.

**CM**    **Chris Moore <17818449231>**    1/26/2021, 6:59 PM